# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3098
L.T. Case No. 2024-27177-COCI

_____

JODIE MARIE GREENE,

Appellant,

v.

ROBERT GOEBEL and CHRISTINE
GOEBEL,

Appellees.

_____

On appeal from the County Court for Volusia County.
Robert Anthony Sanders, Jr., Judge.

Jodie Marie Greene, Ormond Beach, pro se.

Matthew Maguire, Flagler Beach, for Appellees.

February 4, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, EISNAUGLE, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————